1  **ROBINSON, CALCAGNIE & ROBINSON**
   620 Newport Center Drive, Suite 700
2  Newport Beach, California  92660
   Telephone:  (949) 720-1288
3  Facsimile: (949) 720-1292
4
5  Attorneys for Plaintiff, Barry Stuart Hinman
6
7
8
9                    UNITED STATES DISTRICT COURT
10                   NORTHERN DISTRICT OF CALIFORNIA
11
12

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **CASE NO. C 06-3052 (CRB)**<br><br>**MDL NO. 1699**<br>**District Judge:  Charles R. Breyer** |
| Barry S. Hinman,<br><br>    Plaintiff,<br><br>vs.<br><br>G.D. SEARLE & CO.; PHARMACIA CORPORATION; MONSANTO COMPANY; and PFIZER, INC.,<br><br>    Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, **BARRY S. HINMAN** and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

-1-

1  stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys'
2  fees and costs.

5  DATED: September 1, 2009        ROBINSON, CALCAGNIE & ROBINSON

6                                  By: *Mark P. Robinson, Jr.*
7                                      MARK P. ROBINSON, JR.
                                        Attorneys for Plaintiffs Barry S. Hinman

9  DATED:  Oct. 22  , 2009         DLA PIPER LLP (US)

11                                 By:  /s/
                                        Matt Holian
12                                      Attorneys for Defendants

15  **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

17  Dated: OCT 2 8 2009
                                        Hon. Charles R. Breyer
18                                      United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE